IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH A. DELUCA | : | |
| | : | |
| vs. | : | |
| | : | |
| NWC WARRANTY CORPORATION, et al. | : | NO.   11-3768 |

OR D E R

**AND NOW, TO WIT:** This 29th day of April, 2014, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                          **MICHAEL E. KUNZ**, Clerk of Court

                    **BY:**   S/Eileen Adler
                                Eileen Adler
                                Deputy Clerk

Civ 2 (8/2000)
41(b).frm